**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

DEBORAUGH RODGERS,

Plaintiff,

v.

CITY OF TAHLEQUAH, ET. AL.,

Defendants.

CIV. NO.: 24-303

**ORDER**

**GUSTAVO A. GELPÍ, Circuit Judge.**[1]

Before the Court is Magistrate Judge Jason A. Robertson's Report and Recommendation, see Docket No. 229, Plaintiff's objection thereto, see Docket No. 230, and Defendants' responses thereto, see Docket Nos. 232, 233.

Upon due consideration of these filings, as well as the record, I hereby **ADOPT** the Report and Recommendation in its entirety, with one exception. In doing so, I fully incorporate Judge Robertson's thorough analysis and reasoning as my own, except as to the dismissal of Count IV with prejudice, which I do so without prejudice. In all other regards, the Report and Recommendation stands.

[1] The Honorable Gustavo A. Gelpí, Circuit Judge, United States Court of Appeals for the First Circuit, sitting by designation.

As to Count IV, I agree that since, as of now, Plaintiff's conviction stands, any claim for malicious prosecution solely accrues should her situation change on appeal or otherwise. See McCarty v. Gilchrist, 646 F.3d 1281, 1289 n.4 (10th Cir. 2011). However, Judge King has immunity, so this Court cannot proceed against him. See Whitesel v. Sengenberger, 222 F.3d 861, 867 (10th Cir. 2000). As such, Count IV is dismissed with prejudice as to him, in both his personal and official capacities.

IT IS SO ORDERED.

DATED: October 26, 2026

/s/ Gustavo A. Gelpí
**GUSTAVO A. GELPÍ**
Circuit Judge, U.S. Court of Appeals
for the First Circuit
Sitting by designation